**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MASOUMEH MOHAJER, | No. 15-55122 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-03085-DSF-FFM |
| v. | |
| J.P. MORGAN CHASE BANK, N.A., Company; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted February 14, 2017**

Before:    GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

Masoumeh Mohajer appeals pro se from the district court's judgment

dismissing her action alleging federal and state law claims arising from foreclosure

proceedings.  We have jurisdiction under 28 U.S.C. § 1291.  We affirm.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We do not consider Mohajer's federal and state law claims arising from foreclosure proceedings because Mohajer does not challenge the district court's dismissal of those claims in her opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (court does not consider matters not specifically and distinctly raised and argued in the opening brief).

We reject as unsupported by the record Mohajer's contention that opposing counsel filed a proposed order with the district court without a certificate of service.

Defendants' September 11, 2015 motion for judicial notice is denied as unnecessary.

**AFFIRMED.**